UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTHWELL HEALTH, INC.,

                   Plaintiff,

      v.

ILLINOIS UNION INSURANCE
COMPANY,

                   Defendant.

Case No. 20-cv-6893 (LTS) (OTW)

### DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

In further support of its pending motion to dismiss (ECF No. 23), Defendant Illinois Union Insurance Company respectfully submits a recent decision from the United States District Court for the District of Arizona. The decision, *London Bridge Resort LLC v. Illinois Union Insurance Company*, No. CV-20-8109-PCT-GMS, ECF No. 22, 2020 WL 7123024 (D. Ariz. Dec. 4, 2020), is attached as Exhibit A.

In *London Bridge*, the court interpreted a Premises Pollution Liability Insurance Policy containing a definition of "pollution condition" that is materially identical to the definition at issue in this action. The *London Bridge* court "ha[d] little trouble concluding that no plausible interpretation of 'traditional environmental pollution' includes a virus outbreak." *London Bridge*, 2020 WL 7123024, at *3. The *London Bridge* decision accepts arguments identical to those made by Illinois Union's briefs in support of its pending motion to dismiss. (*See* Def.'s Mem. in Supp. of MTD at 11-13, ECF No. 24; Def.'s Reply Mem. at 3-4, ECF No. 38.) *London Bridge*

cites some of the New York authorities relied upon by Illinois Union and dismisses an insured's COVID-19-related claim for coverage. *London Bridge*, 2020 WL 7123024, at *2, *4.

Dated:   New York, New York
         December 8, 2020

                                  Respectfully Submitted,

                                  /s/ Charles Scibetta
Charles Scibetta
Eli Meltz
**CHAFFETZ LINDSEY LLP**
1700 Broadway, 33rd Floor
New York, NY 10019
Tel. (212) 257-6960
Fax (212) 257-6950
charles.scibetta@chaffetzlindsey.com
eli.meltz@chaffetzlindsey.com

Kevin Haas
**CLYDE & CO US LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel. (212) 710-3900
Fax (212) 710-3950
kevin.haas@clydeco.us

*Attorneys for Defendant Illinois Union Insurance Company*