**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
NORTHWELL HEALTH, INC.,

                Plaintiff,

      -against-

ILLINOIS UNION INSURANCE COMPANY,

                Defendant.

------------------------------------------------------------x

20-CV-6893 (LTS) (OTW)

**ORDER**

      **ONA T. WANG, United States Magistrate Judge:**

      The Court will hold an attorneys-only Pre-Settlement Conference Scheduling Call on **February 8, 2022 at 3:30 p.m. with Defendant.** The Court will hold an attorneys-only Pre-Settlement Conference Scheduling Call on **February 10, 2022 at 4:00 p.m. with Plaintiff.** The dial in information is (866) 390-1828, access code 1582687.

      Pursuant to the instructions given at the January 19, 2022 conference, the parties' letter motions requesting a stay are due **February 4, 2022**.

      **SO ORDERED.**

                                                          *s/ Ona T. Wang*

Dated: January 24, 2022                                   **Ona T. Wang**
      New York, New York                     United States Magistrate Judge